**Exhibit A to the Complaint**

**Location:** Furlong, PA  **IP Address:** 73.13.179.50
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6853D68665EAC2D439946526E3F7D00F62F0F5E7<br>File Hash:<br>6D7DF643E57AB61343E655DB17F3580190A93975EEB2E581951E0B0531734DEE | 09-07-2022 11:01:17 | Tushy | 11-27-2018 | 01-22-2019 | PA0002149851 |
| 2 | Info Hash: 313A6D4A94559F25179E088261818808DB04CEB9<br>File Hash:<br>B0AE7AC7AE37A6CF40D80F135B2B56033E0348B0E97B3B3DE55C1298D69F5CFD | 09-07-2022 08:55:50 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 3 | Info Hash: B6ECD1FE798497FACAFEE2BB5A2F4C6DAFFD6272<br>File Hash:<br>1D1AA26BDFB985F4F5BB9D70C5153E2653C2C1DFAED02538E04474336865EA89 | 09-07-2022 00:30:49 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |
| 4 | Info Hash: 0D72B710324FE82044BA0A219E709B5B9600EFEA<br>File Hash:<br>ECEE559732CD906CB423724E50FA98A5FDE91DB8DF2A43347A1B612BFA012918 | 09-06-2022 16:02:12 | Tushy | 05-16-2017 | 06-22-2017 | PA0002039300 |
| 5 | Info Hash: 5C3311803A2AE6A1DC7120B54554E1AD681D4344<br>File Hash:<br>29883293777A1F6FDDE6F0F3F351D2ECF7A69BE483B1D85610658D387F365AD0 | 09-06-2022 15:02:15 | Tushy | 05-26-2017 | 06-22-2017 | PA0002039288 |
| 6 | Info Hash: 103C104845EA92DF434870AF32157ADF8776A105<br>File Hash:<br>9B8A219E98FA288C57CCF76D04BC85851A377884ADA249E4D50065ACC4596450 | 09-03-2022 22:11:06 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 7 | Info Hash: 004DA2C9122F1CFF1346FD0D9BBA7C7BE4D156EC<br>File Hash:<br>42EEA3996C07F526F42BC5A56307832E4DB84ECE456789187C9194BF3BFC57E4 | 09-03-2022 20:34:29 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |
| 8 | Info Hash: 5FA6751B97DBD973637A1ECF6998B3553D806116<br>File Hash:<br>B78C3B4ED9386C0B2FCA226D4AC1D1E603313C4C75E53F41B21C6D1BF63EE763 | 09-03-2022 20:26:50 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 9 | Info Hash: 2E46FF044A923ACA9A22A3CF9678FC35937473F7<br>File Hash:<br>10E9BF49FB021199F5915643B93CEFF9BE65B44B9B7A81DC8C464E7F15EC090A | 09-03-2022 20:19:46 | Vixen | 12-10-2018 | 01-22-2019 | PA0002149491 |
| 10 | Info Hash: 829AC1943B47A95E000DD9517AC52146FCC25A5F<br>File Hash:<br>2A8AFA459DAF74EE384B61604475D662986AEFE89360E21BD3C1C4D9C927F1CD | 09-03-2022 19:31:59 | Vixen | 05-24-2017 | 06-22-2017 | PA0002039294 |
| 11 | Info Hash: B77E3BF4A60CD4B0F2625962DA066E0E825CB248<br>File Hash:<br>7EA0C2F39068E1F2D82FFB192BD8305EB3F71DC51AAF155766285BA6CD367A6E | 08-21-2022 14:37:04 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9690CAE86C60C0ACECC13DBF81AA979AD30AC3C1<br>File Hash: 3863C52BE8D450415A7ADEC65F3966BE1FE3C08D05E6A9A72AED1C3A55D20620 | 11-29-2021 19:32:51 | Blacked | 08-03-2019 | 09-10-2019 | PA0002199412 |
| 13 | Info Hash: C056BA3BB10E728B283163C4DC084C81937D9D28<br>File Hash: B3E0D22D047F43AD2F3120B42CE764DE6E8FB7C08BCA53BB847CF6EDDE267B5C | 11-27-2021 21:51:28 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 14 | Info Hash: D1973928940BDF24C1EDD78BE5C681A7E553949A<br>File Hash: FA8EC99D8195A7EA93ECFFA86358A92FE0673FB20059DB482D5F5C8797850AB4 | 11-26-2021 03:31:55 | Blacked | 03-16-2019 | 04-17-2019 | PA0002186980 |
| 15 | Info Hash: AE71CD71FE301E6D4F98424CD05705EA6C3AA4E6<br>File Hash: 2761D8C5A9D5E89342C135DA45A9465C54877C4CA6FB1E0174400417AB8397D0 | 11-26-2021 03:07:43 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 16 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 11-26-2021 02:58:34 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 17 | Info Hash: 118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash: A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 11-25-2021 12:47:08 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 18 | Info Hash: 9C1CE6FCB8D6698AEC45344B2242F96968711B89<br>File Hash: 8196532497D1741E36686422F1AE49C5AEFDEAAC49A1D08F03F6154E8CAE013D | 11-25-2021 11:38:07 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 19 | Info Hash: FE40068721B8C39DFA9D4D697B7CF1183C3480F5<br>File Hash: 58D0CD91457C892615EE2B35A9FEB569E9C8E3818795F54C610DE4B923F4E4EB | 11-25-2021 02:31:44 | Blacked | 07-11-2020 | 07-20-2020 | PA0002248959 |
| 20 | Info Hash: 05FFB4F41D77DEFE1008766470CD8A36A5B1E170<br>File Hash: 976258E4C3A380D0D61B794C2F767C175215145BE410FF894E120C4673560EF8 | 11-25-2021 02:29:38 | Blacked | 03-31-2019 | 05-28-2019 | PA0002200773 |
| 21 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-25-2021 02:09:50 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 22 | Info Hash: 496074B7F0114A8D74EAE7A72874AB5E6BC46E25<br>File Hash: 49E986B05FE95AECBC6CF87D7FA8A8C8FC4F2E6F97F736B19122E6ADC3B8803B | 11-25-2021 02:01:13 | Blacked | 07-04-2019 | 08-27-2019 | PA0002213242 |
| 23 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash: C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 11-24-2021 21:22:06 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: EDD9A9D7DB1AAB39E1636973D164CD87F3DAE83C<br>File Hash:<br>38A464C04B2402B9D11193B5C101FE656C0E928A219D6CFB12407017B8786C5F | 11-24-2021 21:12:48 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 25 | Info Hash: 6F7AC646E049F7ED03BD70ABFE02506B7C5316D2<br>File Hash:<br>4A160C8FDD1A57AD4CE35F7C589DD75C752EC79DCFFBF6B90F319A935F01D16B | 11-24-2021 20:56:25 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 26 | Info Hash: A98B919CC1533CAE523CAFFD685F081F76795914<br>File Hash:<br>960C0F6EC48DE7B3694E521F123FDE3BB8213D344915BA1C6494CC096D79D029 | 11-24-2021 16:00:11 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |